# ATTACHMENT 1



DOC NO
REC'D/FILED
2021 JUN 14 PM 1:01
PETER ~~~~
CLERK US ~~~~
WD OF WI

# COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE  Western  DISTRICT OF  Wisconsin

(Full name of plaintiff(s))

**Nancy L. Marquardt,**

**Complainant**

vs

(Full name of defendant(s))

**Denis R. McDonough,**

**Secretary, Department of**

**Veterans Affairs, Agency.**

Case Number:

21-cv-393-wmc

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of  Wisconsin  and resides at
(State)

**309 N Westfield Rd, Madison WI 53717-1321**
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Denis R. McDonough, Secretary**
(Name)

is (if a person or private corporation) a citizen of **unknown**
(State, if known)

and (if a person) resides at **unknown**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Department of Veterans Affairs, Agency**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff, Nancy Marquardt, worked as a Registered Nurse (RN) II, Step 15,

assigned to the Inpatient Spinal Cord Injury Unit (SCI) at the Clement J. Zablocki

Veterans Affairs Medical Center in Milwaukee, Wisconsin. She worked for the

Veterans Affairs Agency from March 4, 2018, through October 19, 2018. She was

terminated during her probationary period. Her employer violated the Uniformed

Services Employment and Reemployment Rights Act of 1994 (USERRA) for the

duration of her employment. This Federal law establishes rights and responsibilities

for uniformed Service members and their civilian employers. After she complained that

her employer refused to comply with USERRA, she was harassed within a hostile work

environment and terminated on the basis of age discrimination and disability. As a result, Marquardt has suffered lost wages, humiliation and a damaged reputation. Marquardt wants her employer to reemploy her and pay her lost wages and damages for her suffering. Marquardt timely filed an employment discrimination complaint with the EEOC but was not notified of the initial telephone conference hearing. Since she missed this hearing, her case was dismissed. She filed an appeal to this ruling. Her case for the appeal was also wrongly dismissed.

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1) Reemployment at level 2, step 15 (at a minimum); usual promotions recognized

2) Pay my lost wages and benefits since the wrongful termination

3) Pay my unpaid wages and lost benefits that were due while still employed

4) Pay damages due to my suffering

5) Correct my personnel file to reflect continued and satisfactory employment

6) Apologize for the harassment, hostile work environment and wrongful termination

E.  JURY DEMAND

☑  Jury Demand - I want a jury to hear my case
OR
☐  Court Trial – I want a judge to hear my case

Dated this  14  day of  June  20 21 .

Respectfully Submitted,

*Nancy L Marquardt*
Signature of Plaintiff

**(608) 833-8252**
Plaintiff's Telephone Number

n.marquardt@sbcglobal.net
Plaintiff's Email Address

309 N. Westfield Rd., Madison WI 53717-1321

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.